# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DEBRA ANN THOMPSON,

      Plaintiff,

v.                                           Case No:   6:21-cv-1333-RBD-LRH

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This matter comes before the Court following a review of the file. Plaintiff Debra Ann Thompson, appearing *pro se*, commenced this action against the Commissioner of Social Security on August 16, 2021. Doc. No. 1. Plaintiff did not submit the filing fee with the complaint, nor did she file a motion to proceed *in forma pauperis*. Accordingly, I issued an Order requiring that, on or before August 31, 2021, Plaintiff pay the filing fee in full or file a motion to proceed *in forma pauperis*. Doc. No. 2.

On August 26, 2021, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which was construed as a request to proceed *in forma pauperis*. Doc. No. 6. However, on review, the form was largely

blank, providing the Court with insufficient information to determine whether Plaintiff qualifies for pauper status.  Doc. No. 7.  Accordingly, I denied the motion to proceed *in forma pauperis* without prejudice and provided Plaintiff an additional opportunity to either pay the filing fee in full or file a motion to proceed *in forma pauperis* (by filing a completed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)).  *Id.* at 2.

Plaintiff timely complied with that Order, by filing another Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which was likewise construed as a request to proceed *in forma pauperis*.  Doc. No. 9.  Again, however, Plaintiff did not completely fill out the form, the form was largely blank, and the form was missing key information.  So, I again denied Plaintiff's request to proceed *in forma pauperis* without prejudice.  Doc. No. 10.  I gave Plaintiff one final opportunity to file a <u>completed</u> request to proceed *in forma pauperis*.  *Id.* at 2. I warned Plaintiff that if she filed another incomplete request, she would be required to pay the filing fee in full or face dismissal of the case without further notice.  *Id.*  The deadline for Plaintiff's renewed motion was September 23, 2021. *Id.*

Plaintiff failed to comply with September 23, 2021 deadline.  Accordingly, on September 24, 2021, I issued an Order directing Plaintiff to pay the filing fee in full by October 8, 2021 or to show cause in writing by that date why the case should

not be dismissed for failure to prosecute. Doc. No. 11. Plaintiff has now failed to comply with that deadline.

Accordingly, based on the foregoing, I respectfully **RECOMMEND** that this case be **DISMISSED without prejudice**. *See* Local Rule 3.10.

### NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

Recommended in Orlando, Florida on October 13, 2021.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party