UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBRA ANN THOMPSON,

    Plaintiff,

v.                                                                           Case No. 6:21-cv-1333-RBD-LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, the *pro se* Plaintiff did not pay the filing fee or properly move to proceed *in forma pauperis* despite three chances to do so. (Docs. 1, 2, 7, 10, 11.) So, on referral, U.S. Magistrate Judge Leslie R. Hoffman entered a Report and Recommendation submitting that the Court should dismiss Plaintiff's case for failure to prosecute. (Doc. 12 ("R&R").) The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 12) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Appeal (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 9, 2021.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Debra Ann Thompson